IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENDOR RESOURCE MANAGEMENT, § § | | |
| Plaintiff, § § | | |
| V. § | No. 3:14-cv-1003-P | |
| § MICHAEL POPE, SR., ET AL., § § | | |
| Defendants. § | | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge. This case is TRANSFERRED to the Fort Worth Division of the Northern District of Texas.

SO ORDERED this 17th day of April, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE